# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00201-CV

**Liberty Coach, Inc.**

**v.**

**Motor Vehicle Board of the Texas Department of Transportation
and Buddy Gregg Motor Homes, Inc.**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. GN400318, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Because we consolidated cause number 03-04-00201-CV into cause number 03-04-00200-CV for all purposes, we both reinstate and dismiss cause number 03-04-00201-CV.

David Puryear, Justice

Before Justices Kidd, Patterson and Puryear
    Justice Kidd Not Participating

Dismissed

Filed:   July 28, 2005